UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 18 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>EDER HERNANDEZ-ROSAS,<br><br>                Defendant. | CASE NO. 10CR0449-LAB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

__X__    of the offense(s) of: __8 USC 1326 (a) and (b) - Attempted Entry After Deportation__

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/18/10

                                    JAN M. ADLER
                                    UNITED STATES MAGISTRATE JUDGE

                                    ENTERED ON _____